STRACHMAN, ET AL. C. A. 1st Cir. Certiorari denied. ██

No. 05–511. McCORMACK v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–512. KNOX v. POTTER, POSTMASTER GENERAL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–513. FREITAS v. ADMINISTRATIVE DIRECTOR OF THE COURTS OF HAWAII. Sup. Ct. Haw. Certiorari denied. ██

No. 05–517. PEDROZA v. CINTAS CORPORATION No. 2, DBA CINTAS CORP., ET AL. C. A. 8th Cir. Certiorari denied.

No. 05–521. ARNOLD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–525. MAGGIORE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–532. THOMASIAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5036. PAINTER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–5037. ROOKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–5047. LYONS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5177. ZARAGOZA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5187. GUZMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–5435. BRADD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5447. FARLEY v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.